UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAMON PATTERSON, <br> Plaintiff, <br> v. <br> THE PEOPLE OF THE STATE OF CALIFORNIA, et al., <br> Defendant. | NO. CV 14-263-DMG (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed with prejudice.

DATED: September 26, 2014

_____
DOLLY M. GEE
United States District Judge